THE STATE *ex rel.* BRENNAN v. WALBRIDGE, Mayor.

Division One, June 19, 1893.

Certiorari: SUPREME COURT PRACTICE. Where, on application to the supreme court for a writ of certiorari, it appears that the circuit court has the power to issue the writ and the cause is not one of more than ordinary importance, the writ will be denied.

*M. B. Jonas* and *John M. Glover* for relator.

*W. C. Marshall* for respondent.

PER CURIAM. The crowded condition of the docket of this court makes it necessary for us to adhere to the rule heretofore declared that this court will not entertain applications for extraordinary remedies where the applications can be made to the circuit court in the first instance, unless the case is one of more than ordi-

nary magnitude and importance. (64 Mo. 170.) An examination of the petition filed in this case shows that the circuit court has the power to issue the writ of certiorari prayed for, and the case is not one of more than ordinary importance. For these reasons the writ is denied. All concur.